| | | |
|---|---|---|
| CAAP–12–00 01021 | Ruh v. State | Affirmed |
| CAAP–13–00 03038 | State v. Lund | Affirmed |

### April 13, 2015

| | | |
|---|---|---|
| CAAP–13–00 00156 | Sato v. Wahiawa-Central Oahu Health Center, Inc. | Vacated and Remanded |
| CAAP–14–00 00422 | State v. Hauge | Affirmed |

### April 16, 2015

| | | |
|---|---|---|
| CAAP–13–00 00221 | State v. Pate | Affirmed |

### April 17, 2015

| | | |
|---|---|---|
| CAAP–12–00 00599 | LJL Mortg. Pool v. Nakamoto | Affirmed |
| CAAP–13–00 03064 | State v. Moniz | Affirmed |

### April 22, 2015

| | | |
|---|---|---|
| CAAP–13–00 00681 | Pettway v. State | Affirmed |
| CAAP–13–00 03377 | State v. Park | Affirmed |

### April 23, 2015

| | | |
|---|---|---|
| CAAP–14–00 00694 | Genbao Gao v. State, Dept. of Atty. Gen. | Affirmed |

### April 24, 2015

| | | |
|---|---|---|
| CAAP–13–00 02711 | Waianae Community Development Project Ass'n ex rel. Bd. of Directors v. Quartero | Affirmed |

### April 27, 2015

| | | |
|---|---|---|
| CAAP–13–00 00066 | Sobala v. State | Affirmed |